450 F.2d 959
 M. F. MARTIN and Curtis H. Young, Plaintiffs-Appellees,
v.
GREAT FIDELITY INVESTMENT COMPANY et al., Defendants-Appellants.
 No. 30721.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 17, 1971.
Rehearing Denied Dec. 16, 1971.
 
 John B. Ogden, Oklahoma City, Okl., J. Roy Hudspeth, Fort Worth, Tex., for defendants-appellants.
 Olcott Phillips, McDonald, Sanders, Ginsburg, Phillips, Maddox & Newkirk, Fort Worth, Tex., for plaintiffs-appellees.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966